UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

KENNETH H. MEAD

CASE NO. :05-13930-JAF

## NOTICE OF PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this notice without further notice of hearing unless a party in interest files an objection within **twenty (20) days** from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N. Hogan Street, Ste. 3-350, Jacksonville, FL 32202 and serve a copy on the Trustee, Valerie Hall Manuel, 450-106 SR 13 North, #312, Jacksonville, FL 32259-3863.

> The trustee will entertain any higher bids for the purchase of the property described below. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed above no later than the close of business on **twenty (20) days** from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such an auction.

If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested

PURSUANT TO SECTION 363, BANKRUPTCY CODE, VALERIE HALL MANUEL, AS TRUSTEE OF THE ABOVE-CAPTIONED ESTATE, HEREBY GIVES NOTICE OF THE SALE OF THE FOLLOWING PROPERTY OF THE ESTATE: **CLOTHING: $100.00; RINGS, BRACELET & WATCH: $2,500.00; 3 RIFLES, 3 PISTOLS, 2 SHOTGUNS: $1,500.00.**

PURCHASER: Kenneth H. Mead

SOURCE OF FUNDS: Post-Petition income.

TERMS: $1,366.67 due and payable on or before **August 25, 2006.**
$1,366.67 due and payable on or before **September 25, 2006.**

$1,366.66 due and payable on or before October 25, 2006.

Total: $4,100.00

PURSUANT TO SECTION 363, BANKRUPTCY CODE, VALERIE HALL MANUEL, AS TRUSTEE OF THE ABOVE-CAPTIONED ESTATE, HEREBY GIVES NOTICE OF THE SALE OF THE FOLLOWING PROPERTY OF THE ESTATE: **Stock in Superior disposal, Inc. ($100,000.00) and Mead Holdings, Inc. ($60,000.00)**

**PURCHASER:** Kenneth H. Mead, Debtor

**SOURCE OF FUNDS:** The debtor shall borrow funds from family members.

**TERMS:** $160,000.00 to be paid in one lump sum 30 days after court approval.

Total: $160,000.00

ESTIMATED MARKET VALUE: $164,100.00

LIENS: None

TAX CONSEQUENCES OF SALE: There are no known tax consequences to this sale. The Trustee has employed an accountant to prepare tax returns for the estate.

APPRAISED VALUE: N/A.

OTHER TANGIBLE ASSETS: The Trustee's experience in liquidating assets of this nature was used to arrive at the sales price listed above, which the Trustee finds reasonable.

**DATED** at Jacksonville, Florida, this **22 Day of August, 2006.**

/s/ Valerie Hall Manuel

**VALERIE HALL MANUEL, Trustee**
**Florida Bar ID #237906**
450-106 SR 13 North, #312
Jacksonville, FL  32259-3863
(904) 880-0947
Vhmanuel@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **NOTICE OF SALE** dated **August 22, 2006**, has been furnished to **all creditors and interested parties** listed on the attached copy of the mailing matrix furnished by **Pacer**, this **22 Day of August, 2006**, by United States Mail, or electronically through CM/ECF.

/s/ Monica Bowden

**Monica Bowden, Legal Assistant**
**HALL & HALL, P.A.**
450-106 SR 13 North, #312
Jacksonville, FL  32259-3863
(904) 880-0947
Mbowden@bellsouth.net

```
Label Matrix for local noticing          American Express                    American Express Travel Related Services Co.
113A-3                                   P.O. Box 29-7879                    c/o Becket and Lee, LLP
Case 3:05-bk-13930-JAF                   Ft. Lauderdale, FL 33329            P.O. Box 3001
Middle District of Florida                                                   Malvern, PA 19355-0701
Jacksonville
Mon Aug 21 12:56:55 EDT 2006

BSB Bank & Trust Co.                     Bank of America                     Bank of America N.A.
c/o Peter Hubbard                        PO Box 21846                        NC4-105-03-14, P.O. Box 26012
500 S. Salina St., #500                  Greensboro, NC 27420                Greensboro, NC 27420-6012
Syracuse, NY 13202


Ronald Bergwerk                          Jason Blatt                         Bombardier Capital
Post Office Box 17667                    733 Third Ave., 24th Floor          1600 Mountain View Dr.
Jacksonville, FL 32245                   New York, NY 10017                  Colchester, VT 05446


Jacob A Brown                            Center Capital Corp.                Center Capital Corporation
Akerman Senterfitt                       P.O. Box 388                        c/o Dennis A. Dressler Esq
50 North Laura Street                    Farmington, CT 06034                303 E Wacker Dr Ste 1000
Suite 2500                                                                   Chicago, IL 60601
Jacksonville, FL 32202


Center Capital Corporation               Chase Supply                        City of Virginia Beach
c/o Askounis & Borst, P.C.               900 Stewart Ave                     2400 Courthouse Dr.
303 East Wacker Drive                    Garden City, NY 11530               Virginia Beach, VA 23456
Suite 1000
Chicago, IL 60601


Elbow Road Farms                         Elena L Escamilla                   FELICIA S. TURNER
1400 Elbow Rd.                           135 W Central Blvd., Ste 620        ELENA L. ESCAMILLA
Chesapeake, VA 23320                     Orlando, FL 32806                   135 W. CENTRAL BLVD., STE 620
                                                                             ORLANDO, FL 32801


Financial Federal Credit                 Financial Federal Credit Inc        Financial Federal Credit Inc.
Inc.                                     733 Third Avenue 24th Floor         c/o Jason Blatt
P.O. Box 371506                          New York NY 10017                   733 Third Ave., 24th Floor
Pittsburgh, PA 15251                     Att: Jason Blatt Esq                New York, NY 10017


Financial Federal Credit, Inc.           First American Title                First American Title Insurance Company
c/o Jacob A. Brown, Esq.                 c/o W. James Gooding III            c/o W. James Gooding III
Akerman Senterfitt                       7 E. Silver Springs Blvd.#500       1531 SE 36 Avenue
50 N. Laura St., Ste. 2500               Ocala, FL 34470                     Ocala, FL 34471
Jacksonville, FL 32202


Norman Fivel                             Florida Dept. of Revenue            Jerry A. Funk
NYS DEPT OF LAW                          Bankruptcy Unit                     Jacksonville
THE CAPITOL                              P.O. Box 6668
Albany, NY 12224                         Tallahassee, FL 32314-6668


GE Commercial Dist Finance               INTERNAL REVENUE SERVICE            Kenneth H. Mead
Attn: Melanie Knippschild                CENTRALIZED INSOLVENCY OPERATIONS   131 Old Stage Rd.
5595 Trillium Blvd                       PO BOX 21126                        Toana, VA 23168
Hoffman Estates, Il 60192                PHILADELPHIA PA 19114-0326
```

| | | |
|---|---|---|
| Key Bank<br>Des Moines, IA 50363-2200 | Valerie Hall Manuel<br>450-106 State Rd 13 North #312<br>Jacksonville, FL 32259-3863 | Kenneth H. Mead<br>P.O. Box 1090<br>Ocala, FL 34478 |
| New York Dept Taxation<br>44 Hawley St.<br>Binghamton, NY 13901 | Kevin M Newman<br>Menter Rudin & Trivelpiece PC<br>500 South Salina Street<br>Suite 500<br>Syracuse, NY 13202 | PARTNERS TRUST BANK<br>C/O KEVIN M. NEWMAN<br>500 SALINA STREET, SUITE 500<br>SYRACUSE, NY 13202 |
| Partners Trust Bank<br>c/o Kevin M. Newman<br>500 Salina Street, Ste 500<br>Syracuse, NY 13202 | Partners Trust Bank<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202 | Loc Pfeiffer<br>Kutak Rock LLP<br>1111 East Main Street<br>Suite 800<br>Richmond, VA 23219-3500 |
| Bruce T Russell<br>U S Department of Justice Tax Division<br>Post Office Box 14198<br>Ben Franklin Station<br>Washington, DC 20044 | Sam Hazelwood<br>P.O. Box 27<br>Toano, VA 23168 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220 |
| Southtrust Bank<br>3900 1st St. N<br>St. Petersburg, FL 33703 | State of New York<br>Atty General, Civil Recovery<br>PO Box 7341<br>Albany, NY 12214 | TRU SERV<br>P.O. Box 1510<br>Butler, PA 16003-1510 |
| Tax Collector, Marion County<br>P.O. Box 970<br>Ocala, FL 34478-0970 | The New York State Department of Taxation<br>c/o Norman Fivel<br>The Capitol<br>Albany, NY 12224 | U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-1323 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4270 | United States Trustee<br>135 W. Central Blvd. Ste. 620<br>Orlando, Fl 32801 | United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| United States of America/IRS | WACHOVIA BANK, NATIONAL ASSOCIATION<br>C/O LOC PFEIFFER, ESQUIRE<br>KUTAK ROCK LLP<br>1111 EAST MAIN STREET, STE 800<br>RICHMOND, VA 23219-3103 | Wachovia Bank<br>1548 Laskin Rd.<br>Virginia Beach, VA 32454 |
| Wachovia Bank National Association<br>c/o Loc Pfeiffer, Esquire<br>1111 East Main Street<br>Suite 800<br>Richmond, VA 23219-3103 | WACHOVIA BANK NA<br>P O BOX 13765<br>ROANOKE VA 24037-3765 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 |

End of Label Matrix
Total addresses 56