UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                    :
                                          :
KENNETH M. MEAD                           :       CASE NO.3:05-BK-13930-JAF
                                          :
                                          :
_____:

## TRUSTEE'S REPORT OF SALE

**COMES NOW, VALERIE HALL MANUEL, TRUSTEE,** and files this Trustee's Report of Sale:

**PROPERTY SOLD: All the Estate's Right, Title and Interest in the Stock of Superior Disposal, Inc. ($100,000.00) and Mead Holdings, Inc. ($60,000.00)**

**PRICE PAID: $160,000.00**

**NAME OF PURCHASERS: Kenneth Mead, Debtor**

**PRIVATE SALE XXX**

**PUBLIC SALE_____**

**Dated this 2nd day of October, 2006.**

*Valerie Hall Manuel*

**VALERIE HALL MANUEL**
**Florida Bar No. 237906**
**450-106 State Road 13 North, #312**
**Jacksonville, Florida 32259-3863**
**1-904-880-0947**
**vhmanuel@bellsouth.net**